**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7551**

_____

CHARLES GENE ROGERS,

　　　　　Plaintiff - Appellant,

　　　v.

JOHN T. BULLOCK; DON G. WOOD; BOYD BENNETT; KENWORTHY; MARY LU
ROGERS,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Paul Trevor Sharp,
Magistrate Judge.  (1:06-cv-00350-PTS)

_____

Submitted:  May 13, 2008　　　　　　　Decided:  June 2, 2008

_____

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Gene Rogers, Appellant Pro Se.  Yvonne Bulluck Ricci, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Gene Rogers appeals the order of the magistrate judge denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Rogers v. Bullock, No. 1:06-cv-00350-PTS (M.D.N.C. Sept. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED